IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00519-PAB-MEH

TAMMIE HINELY, and
JESUS SANCHEZ,

      Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY,

      Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2015.**

      The Joint Motion for Entry of Protective Order [filed June 25, 2015; docket #28] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.