IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00519-PAB-MEH | Date: | September 2, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                                    *Counsel:*

TAMMIE HINELY, *et al*                                                              Robert Allman
                                                                                                             James Abrams

　　Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE                    Mary Will
COMPANY

　　Defendant.

---

**COURTROOM MINUTES
MOTION HEARING**

---

**1:28 p.m.**　　**Court in session.**

Court calls case. Appearances of counsel.

Discussion was held regarding discovery issues and obtaining information from plaintiff s' current employers and their spouses employers.

**ORDERED**:
[33] Motion for Leave to *Amend* Protective Order by Plaintiffs is GRANTED IN PART AND DENIED IN PART.

Status Conference is set for September 17, 2015 at 9:30 a.m. before Magistrate Judge Michael Hegarty, Courtroom A 501, Arraj Courthouse. Parties may attend by telephone. If parties are attending by telephone, all parties are to conference together and then call Chambers at 303-335-4507.

**2:05 p.m.**　　**Court in recess.**　　Hearing concluded.
Total in-court time　　00:37

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-2483.